**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **1-800-Doctors, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **52-2203708** |

| | |
|---|---|
| **4.** | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **556 Tomahawk Court** <br> **Palm Beach Gardens, FL 33410** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** <br> County | **Location of principal assets, if different from principal place of business** |
| | _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **1-800-Doctors, Inc.**                                    Case number (*if known*) _____
        Name

---

**7.**  **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor  **1-800-Doctors, Inc.**

Name

Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

Debtor _____

District _____  When _____

Relationship _____

Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | 1-800-Doctors, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 19, 2026**
MM / DD / YYYY

X **/s/ Jerry Brager**
Signature of authorized representative of debtor

**Jerry Brager**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Brian K. McMahon**
Signature of attorney for debtor

Date **June 19, 2026**
MM / DD / YYYY

**Brian K. McMahon 853704**
Printed name

**Brian K. McMahon, PA**
Firm name

**1401 Forum Way**
**Suite 730**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone **561-478-2500**   Email address **briankmcmahon@gmail.com**

**853704 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2026**          *X* **/s/ Jerry Brager**
                                          Signature of individual signing on behalf of debtor

                                          **Jerry Brager**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1-800-Doctors, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A Brager 556 Tomahawk Ct Palm Beach Gardens, FL 33410** | | **accrued salary** | **Disputed** | | | **$854,950.00** |
| **Cossman Law 48 Tinley Road Brookside, NJ 07926** | | **legal services** | | | | **$400,000.00** |
| **D Snelson 25 Green Trail Ct Bluffton, SC 29910** | | **accrued salary** | **Disputed** | | | **$816,000.00** |
| **Donna Weber 3440 Golding Green Dr Farmers Branch, TX 75234** | | **loan - $192,139 accrued salary - 1,246,663** | **Disputed** | | | **$1,438,802.00** |
| **Doug Tanner 5569 Oslo Lane Park City, UT 84098** | | **loans - $1,853,242 accrued salary - $1,356,057** | **Disputed** | | | **$3,209,299.00** |
| **Dr J Parekh 1031 McBride Ave Woodland Park, NJ 07424** | | **consulting fee** | **Disputed** | | | **$382,220.00** |
| **Eduardo & Brenda Trujillo 771 Van Schoick Road Holmdel, NJ 07733** | | **loan** | | **$500,000.00** | **$0.00** | **$500,000.00** |
| **Frank Family 109 E 91st St New York, NY 10019** | | **loan** | **Disputed** | | | **$23,701,829.00** |
| **Grant Family 6800 W 115th St Leawood, KS 66211** | | **loan** | | | | **$1,676,077.00** |

Debtor **1-800-Doctors, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hackensack Meridian Health 343 Thornhall St, 8th FL Edison, NJ 08837** | | loan | | | | $7,748,908.00 |
| **Jerry Brager 556 Tomahawk Ct Palm Beach Gardens, FL 33410** | | loan - 8,398,634 accrued salary - $4,686,137 | Disputed | | | $13,084,771.00 |
| **John Lloyd 11 Mohawk Ave Oceanport, NJ 07757** | | loan | Disputed | $424,876.00 | $0.00 | $424,876.00 |
| **Lloyd Chesney 1158 S Town & River Rd Fort Myers, FL 33919** | | consulting fees | Disputed | | | $1,079,000.00 |
| **M Knudsen 79 Lee Ave Hopelawn, NJ 08861** | | accrued salary | Disputed | | | $254,245.00 |
| **Meridian Health Management, Inc. 343 Thornall Street, 8th FL Edison, NJ 08837** | | loan | | $650,000.00 | $0.00 | $650,000.00 |
| **MM/JF LLC 2016 10 Lorraine Ave Spring Lake, NJ 07762** | | 1-800-doctors phone number | Disputed | $20,000,000.00 | $500,000.00 | $19,500,000.00 |
| **Peter Cossman 48 Tingley Road Brookside, NJ 07926** | | loan 6,059,978 accrued salary - 3,485,508 | Disputed | | | $9,545,486.00 |
| **Professional Orthopaedic Investment, LLC 776 Shrewbury Ave, Ste 201 Eatontown, NJ 07724** | | loan | | $400,000.00 | $0.00 | $400,000.00 |
| **T Sawyer 31 Emerson Rd Larchmont, NY 10538** | | accrued salary | Disputed | | | $717,800.00 |
| **Thomas Grant 6800 W 115th St Overland Park, KS 66211** | | loan | Disputed | | | $301,815.00 |

**Fill in this information to identify the case:**

Debtor name      **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $         **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................. $       **568,168.57**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................... $       **568,168.57**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **25,874,875.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $         **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **66,664,215.00**

4.  **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b             $    **92,539,090.00**

**Fill in this information to identify the case:**

Debtor name    **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **7312** | **$168.57** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$168.57**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **1-800-Doctors, Inc.**                                Case number *(If known)* _____
         Name

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **computers, servers** | **$0.00** | | **$5,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$5,000.00** |
|---|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor **1-800-Doctors, Inc.**
Name

Case number *(If known)* _____

**Part 10:**      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **1-800-doctors service mark** | **$0.00** | | **$50,000.00** |
| **1800doctors.com** | **$0.00** | | **$10,000.00** |
| 61. **Internet domain names and websites** **1-800doctors.com** | **$3,000.00** | | **$3,000.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **1-800-doctors phone number** | **$0.00** | | **$500,000.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$563,000.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **1-800-Doctors, Inc.**
         Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $168.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $563,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $568,168.57 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $568,168.57 |

**Fill in this information to identify the case:**

Debtor name   **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Andrew Tunick**<br>Creditor's Name<br>**c/o Phillips Nizer LLP**<br>**425 East 58th St, Apt 32B**<br>**New York, NY 10022**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**loan** | **$50,000.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **B James Greenfield Qualified Terminal Pr**<br>Creditor's Name<br>**c/o James Greenfield**<br>**6420 Autumn Sky Way**<br>**Columbia, MD 21044**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**loan** | **$50,000.00** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **1-800-Doctors, Inc.**                                    Case number (if known) _____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Beneficiary of Carol Monti** | | | |
|---|---|---|---|---|

**Beneficiary of Carol Monti**
Creditor's Name

**c/o Frank Monti**
**135 E View Ave**
**Cranston, RI 02920**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,500.00**        **$0.00**

---

| 2.4 | **Betty June Runft Survivors Trust** | | | |
|---|---|---|---|---|

**Betty June Runft Survivors Trust**
Creditor's Name

**c/o John Runft**
**10172 Boulder Pass**
**Davisburg, MI 48350**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes
**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,000.00**        **$0.00**

---

| 2.5 | **Brian Erler & justine Tartaglia Erler** | | | |
|---|---|---|---|---|

**Brian Erler & justine Tartaglia Erler**
Creditor's Name

**24 Colonial Court**
**Freehold, NJ 07728**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**$100,000.00**        **$0.00**

---

Debtor **1-800-Doctors, Inc.**                                    Case number (if known) _____
Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Charles Rizzo** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**loan**

**2807 Concord Drive**
**Belmar, NJ 07719**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Charles Seergy, Jr** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**loan**

**23 Shinnecock Trail**
**Franklin Lakes, NJ 07417**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor **1-800-Doctors, Inc.**         Case number (if known) _____
Name

---

**2.8** | **David Baker** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00**

Creditor's Name

**loan**

**25056 Shortly Road
Georgetown, DE 19947**

Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.9** | **David Salsido** | **Describe debtor's property that is subject to a lien** | **$250,000.00** | **$0.00**

Creditor's Name

**loan**

**240 Brooklake Rd
Florham Park, NJ 07932**

Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.10** | **Dianna Walde** | **Describe debtor's property that is subject to a lien** | **$25,000.00** | **$0.00**

Creditor's Name

**loan**

**1463 W Bellrive Lane
Coeur D Alene, ID 83814**

Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor **1-800-Doctors, Inc.**
Name

Case number (if known)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.11**

**Donald & Joan White**
Creditor's Name

**c/o Koreen Santos Trustee**
**43 Tower Drive**
**New Bedford, MA 02740**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$50,000.00          $0.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.12**

**Eduardo & Brenda Trujillo**
Creditor's Name

**771 Van Schoick Road**
**Holmdel, NJ 07733**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$500,000.00          $0.00

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.13**

**Edward & Renne Robertson**
Creditor's Name

**715 Swifts Hwy**
**Jefferson City, MO 65109**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

$100,000.00          $0.00

---

Debtor    **1-800-Doctors, Inc.**                                    Case number (if known)    _____
                    Name

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.14**

**Frank Monti**

Creditor's Name

**135 East View Ave**
**Cranston, RI 02920**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| $37,500.00 | $0.00 |
|---|---|

---

**2.15**

**Glastein Capital Investors, LLC**

Creditor's Name

**84 West River Rd**
**Rumson, NJ 07760**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $100,000.00 | $0.00 |
|---|---|

---

Debtor   **1-800-Doctors, Inc.**                                Case number (if known) _____
_____
Name

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.16 | **H William Mulaney** | **Describe debtor's property that is subject to a lien** | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**63 Shipyard Drive Villa 1806 Hilton Head Island, SC 29928**
Creditor's mailing address

**loan**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Henry & Jean Hilleary** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**215 Waltham Farm Lane Centreville, MD 21617**
Creditor's mailing address

**loan**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Ira Adward & Sylvia Marquette** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Kutak Rock LLP Two Pershing Sq 2300 Main St, Suite 800 Kansas City, MO 64108**

**loan**

Debtor  **1-800-Doctors, Inc.**                                      Case number (if known) _____

Name

Creditor's mailing address                **Describe the lien**

_____

                                           **Is the creditor an insider or related party?**

                                           ■ No

_____           ☐ Yes

Creditor's email address, if known         **Is anyone else liable on this claim?**

                                           ■ No
**Date debt was incurred**

                                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

■ No                                       ☐ Contingent

☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

2.19  **J Andrew Bowe**                    **Describe debtor's property that is subject to a lien**        **$100,000.00**        **$0.00**

Creditor's Name                            **loan**

**108 West River Rd**
**Rumson, NJ 07760**                       _____

Creditor's mailing address                 **Describe the lien**

_____

                                           **Is the creditor an insider or related party?**

                                           ■ No

_____           ☐ Yes

Creditor's email address, if known         **Is anyone else liable on this claim?**

                                           ■ No
**Date debt was incurred**

                                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

■ No                                       ☐ Contingent

☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

2.20  **Jai & Swati Parekh**               **Describe debtor's property that is subject to a lien**        **$150,000.00**        **$0.00**

Creditor's Name                            **loan**

**3 Neil Court**
**Towaco, NJ 07082**                       _____

Creditor's mailing address                 **Describe the lien**

_____

                                           **Is the creditor an insider or related party?**

                                           ■ No

_____           ☐ Yes

Creditor's email address, if known         **Is anyone else liable on this claim?**

                                           ■ No
**Date debt was incurred**

                                           ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**         **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

| Debtor | **1-800-Doctors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 1**

**John Lloyd**
Creditor's Name

**11 Mohawk Ave**
**Oceanport, NJ 07757**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$424,876.00**     **$0.00**

---

**2.2 2**

**John Pugliese**
Creditor's Name

**219 Navajo Court**
**Morganville, NJ 07751**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250,000.00**     **$0.00**

---

**2.2 3**

**Joseph C Roselle CGM IRA Rollover**
Creditor's Name

**c/o Mark D Barry**
**1435 Morris Ave**
**Union, NJ 07083-3336**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**$100,000.00**     **$0.00**

---

Debtor    **1-800-Doctors, Inc.**
_____
Name

Case number (if known) _____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.24**

**Kevin Smith**
_____
Creditor's Name

**320 Pleasant Valley Road Mendham, NJ 07945**
_____
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$200,000.00        $0.00

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.25**

**Lewis & Donna Gould**
_____
Creditor's Name

**30 S 17th St Philadelphia, PA 19103**
_____
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$25,000.00        $0.00

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor **1-800-Doctors, Inc.**          Case number (if known) _____
_____
Name

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

---

**2.26**

**Marshall Knopf Life Insurance Trust**

Creditor's Name

**93 Shrewsbury Ave Red Bank, NJ 07701**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$250,000.00** | **$0.00** |

---

**2.27**

**Meridian Health Management, Inc.**

Creditor's Name

**343 Thornall Street, 8th FL Edison, NJ 08837**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$650,000.00** | **$0.00** |

---

**2.28**

**Michael Ellis**

Creditor's Name

**Orange Coast Pneumatics 3810 Prospect Ave Yorba Linda, CA 92886**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

_____

**Describe the lien**

| | |
|---|---|
| **$25,000.00** | **$0.00** |

---

Debtor **1-800-Doctors, Inc.**
Name

Case number (if known) _____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | | | | |
|---|---|---|---|---|

**MM/JF LLC 2016**
Creditor's Name

**10 Lorraine Ave**
**Spring Lake, NJ 07762**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1-800-doctors phone number**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$20,000,000.00**     **$500,000.00**

---

| 2.30 | | | | |
|---|---|---|---|---|

**Paul Sansone Sr**
Creditor's Name

**21 Bellevue Ave**
**Rumson, NJ 07760**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$250,000.00**     **$0.00**

---

Debtor    **1-800-Doctors, Inc.**                                    Case number (if known) _____
        Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|

**2.31**

**Philip& Marilyn Perricone**
Creditor's Name

**PO Box 1251**
**Belmar, NJ 07719**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

    **$200,000.00**        **$0.00**

---

**2.32**

**Professional Orthopaedic Investment, LLC**
Creditor's Name

**776 Shrewbury Ave, Ste 201**
**Eatontown, NJ 07724**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

    **$400,000.00**        **$0.00**

---

**2.33**

**Robert R Strodel Living Trust**
Creditor's Name

**7848 Sunset Ave**
**Fair Oaks, CA 95628**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**Describe the lien**

    **$75,000.00**        **$0.00**

---

Debtor **1-800-Doctors, Inc.**            Case number (if known) _____
      Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.34 | **Samuel and Barbara Laufer** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**99 Grange Ave
Fair Haven, NJ 07704**

Creditor's mailing address

**loan**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.35 | **Sevi & Marianne Avigdor** | **Describe debtor's property that is subject to a lien** | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**6 Sycamore Ave
Rumson, NJ 07760**

Creditor's mailing address

**loan**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **1-800-Doctors, Inc.**                                    Case number (if known) _____
        _____
        Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

---

**2.3 6**

| **Stephen Baker** | **Describe debtor's property that is subject to a lien** | **$150,000.00** | **$0.00** |
|---|---|---|---|

Creditor's Name

**3508 Belmar Blvd
Neptune, NJ 07753**

Creditor's mailing address

**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 7**

| **Stephen C Stedman** | **Describe debtor's property that is subject to a lien** | **$50,000.00** | **$0.00** |
|---|---|---|---|

Creditor's Name

**7235 N Hearthstonegreen Dr
Houston, TX 77095**

Creditor's mailing address

**loan**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 8**

| **Trust for Benefit of Catherine Knopf** | **Describe debtor's property that is subject to a lien** | **$83,333.00** | **$0.00** |
|---|---|---|---|

Creditor's Name

**c/o Woody Knopf
83 Shewsbury Ave
Red Bank, NJ 07701**

Creditor's mailing address

**loan**

_____

**Describe the lien**

---

Debtor **1-800-Doctors, Inc.**          Case number (if known) _____

_____
Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.39 | **Trust for Benefit of Elizabeth Knopf** | | |
|---|---|---|---|
| | Creditor's Name | | |

**c/o Woody Knopf**
**93 Shrewsbury Ave**
**Red Bank, NJ 07701**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**$83,333.00**      **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.40 | **Trust for Benefit of James Knopf** | | |
|---|---|---|---|
| | Creditor's Name | | |

**c/o Wood Knopf**
**93 Shresbury Ave**
**Red Bank, NJ 07701**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**loan**

**$83,333.00**      **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **1-800-Doctors, Inc.**                                    Case number (if known) _____
         Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
_____

| 2.4 1 | **William & Doris Willis** | **Describe debtor's property that is subject to a lien** | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Sarah Snowden**
**6404 21st Ave West, #H300**
**Bradenton, FL 34209**
Creditor's mailing address

**loan**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $25,874,875.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 17

**Fill in this information to identify the case:**

Debtor name    **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A Brager**<br>**556 Tomahawk Ct**<br>**Palm Beach Gardens, FL 33410**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **accrued salary**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$854,950.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 6031**<br>**Carol Stream, IL 60197-6031**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **credit card purchases**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$51,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Boyd Consulting, LLC**<br>**2503 Springpark Way**<br>**Richardson, TX 75082**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **consulting**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$250,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Cossman Law**<br>**48 Tinley Road**<br>**Brookside, NJ 07926**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **legal services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$400,000.00** |

Debtor  **1-800-Doctors, Inc.**  Case number (if known) _____
          Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |

**Crescent Tchnology, LLC**
**1692 Glendola Rd**
**Belmar, NJ 07719**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | | **$816,000.00** |

**D Snelson**
**25 Green Trail Ct**
**Bluffton, SC 29910**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **accrued salary**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | | **$1,438,802.00** |

**Donna Weber**
**3440 Golding Green Dr**
**Farmers Branch, TX 75234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **loan - $192,139**
**accrued salary - 1,246,663**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | **$3,209,299.00** |

**Doug Tanner**
**5569 Oslo Lane**
**Park City, UT 84098**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **loans - $1,853,242**
**accrued salary - $1,356,057**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | **$382,220.00** |

**Dr J Parekh**
**1031 McBride Ave**
**Woodland Park, NJ 07424**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **consulting fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | **$75,000.00** |

**Drinker Biddle Reath**
**1500 K St NW**
**Washington, DC 20005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | **$23,701,829.00** |

**Frank Family**
**109 E 91st St**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **1-800-Doctors, Inc.**                                         Case number (if known) _____
         Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,676,077.00** |

**Grant Family**
**6800 W 115th St**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,748,908.00** |

**Hackensack Meridian Health**
**343 Thornhall St, 8th FL**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **loan**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,599.00** |

**Hofmeister Law**
**3131 Princeton Pike, Ste 110**
**Princeton, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **legal services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,000.00** |

**IHES, Inc**
**101 Hampstead Ln**
**Franklin, TN 37069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$64,250.00** |

**J Smith**
**71 Mira Vista**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **accrued salary**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,084,771.00** |

**Jerry Brager**
**556 Tomahawk Ct**
**Palm Beach Gardens, FL 33410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **loan - 8,398,634**
**accrued salary - $4,686,137**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180,000.00** |

**JRS Consulting, LLC**
**51 Alamo Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **consulting**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **1-800-Doctors, Inc.** _____   Case number (if known) _____
       Name

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Lloyd Chesney**<br>**1158 S Town & River Rd**<br>**Fort Myers, FL 33919**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,079,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __consulting fees__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**M Knudsen**<br>**79 Lee Ave**<br>**Hopelawn, NJ 08861**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$254,245.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __accrued salary__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Mario Monello**<br>**10 Lorraine Ave**<br>**Spring Lake, NJ 07762**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$95,970.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __loan__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**McPherson Group, Inc.**<br>**1455 Pennsylvania Ave NW, St 400**<br>**Washington, DC 20004**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$40,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Peter Cossman**<br>**48 Tingley Road**<br>**Brookside, NJ 07926**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$9,545,486.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __loan 6,059,978__<br>__accrued salary - 3,485,508__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Peter T Roselle**<br>**800 East Grand St**<br>**Elizabeth, NJ 07201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$50,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __loan__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Ross Anglim Angelini Accounting**<br>**775 Mountain Blvd**<br>**Watchung, NJ 07069**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$130,750.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __services__<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor **1-800-Doctors, Inc.**
_____
Name

Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,408.00 |

**Sawtooth Advertising, Inc**
**200 Monmouth St**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Selvaggi Abromaitis & Cohen**
**1001 Rt 517**
**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **legal services**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $717,800.00 |

**T Sawyer**
**31 Emerson Rd**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **accrued salary**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301,815.00 |

**Thomas Grant**
**6800 W 115th St**
**Overland Park, KS 66211**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,036.00 |

**W Milharm**
**84 E Milan Blvd**
**Farmingdale, NJ 07727**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 66,664,215.00 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. $ | 66,664,215.00 |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 5 of 5

**Fill in this information to identify the case:**

Debtor name     **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | _____ |

**Fill in this information to identify the case:**

Debtor name  **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.2 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.3 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |
| 2.4 | | Street | | ☐ D  ☐ E/F  ☐ G |
| | | City   State   Zip Code | | |

Official Form 206H               Schedule H: Your Codebtors               Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **1-800-Doctors, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **1**

| Debtor | **1-800-Doctors, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | **1-800-Doctors, Inc.** | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brian K. McMahon, PA**<br>**1401 Forum Way**<br>**Suite 730**<br>**West Palm Beach, FL 33401** | **Attorney Fees** | **6/17/26** | **$15,000.00** |
| | **Email or website address**<br>**briankmcmahon@gmail.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

Debtor __1-800-Doctors, Inc._____ Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor   **1-800-Doctors, Inc.**                                    Case number *(if known)*  _____

---

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **5**

Debtor  **1-800-Doctors, Inc.**                                    Case number *(if known)* _____

**Name and address**

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■  No
    ☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry Brager | 556 Tomahawk Ct<br>Palm Beach Gardens, FL 33410 | CEO | 14.2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| see List of Equity Security Holders | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■  No
    ☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■  No
    ☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■  No
    ☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■  No
    ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor  **1-800-Doctors, Inc.**                            Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 19, 2026**

**/s/ Jerry Brager**                              **Jerry Brager**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **1-800-Doctors, Inc.**                                                        Case No. _____
                                        Debtor(s)                  Chapter        **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Adam Brager**<br>**556 Tomahawk Ct**<br>**Palm Beach Gardens, FL 33410** | | | **0.35%** |
| **Al Schiavetti**<br>**47 West River Road**<br>**Rumson, NJ 07760** | | | **0.11%** |
| **Antonio Ciccone, Jr.**<br>**10 Gayboy Court**<br>**Red Bank, NJ 07701** | | | **0.02%** |
| **Ashley Shucker**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Boyd Decker**<br>**4 Elizabeth Pl**<br>**Monmouth Beach, NJ 07750** | | | **0.03%** |
| **Brewster Perkins**<br>**30 Laurel St**<br>**Hartford, CT 06106** | | | **0.11%** |
| **Brooke Annarella**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Bryanna Shucker**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Caroline Annarella**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Charles Brock**<br>**130 Connemara Rd**<br>**Roswell, GA 30076** | | | **0.06%** |
| **Chris Burke**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |

Sheet 1 of 5 in List of Equity Security Holders

In re:   **1-800-Doctors, Inc.**

Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Domfeld**<br>**6 Ballinswood Ave**<br>**Atlantic Highlands, NJ 07716** | | | **0.03%** |
| **Diane Appleyard**<br>**254 Severin Dr**<br>**Pensacola, FL 32503** | | | **0.02%** |
| **Donna Weber**<br>**3440 Golding Green Dr**<br>**Farmers Branch, TX 75234** | | | **1.44%** |
| **Doug Tanner**<br>**5569 Oslo Lane**<br>**Park City, UT 84098** | | | **1.84%** |
| **Douglas Peters**<br>**8379 Raspberry Lane**<br>**Charlevoix, MI 49720** | | | **0.03%** |
| **Douglas Snelson**<br>**90 E Bosworth Blvd**<br>**Farmingdale, NJ 07727** | | | **0.22%** |
| **Elaine Annarella**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Equity Trust Co**<br>**c/o John Sheppard**<br>**PO Box 1529**<br>**Elyria, OH 44036** | | | **0.16%** |
| **Ernest Volkland Jr**<br>**PO Bo 244**<br>**Belford, NJ 07718** | | | **0.02%** |
| **Frank Family**<br>**109 E 91st St**<br>**New York, NY 10019** | | | **4.70%** |
| **Frederick Frank**<br>**109 E 91st St**<br>**New York, NY 10010** | | | **10.02%** |
| **Gerald Mandello**<br>**216 Nottingham Blvd**<br>**West Palm Beach, FL 33405** | | | **0.06%** |

List of equity security holders consists of 5 total page(s)

In re:   **1-800-Doctors, Inc.** _____     Case No. _____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HealthStar Holding**<br>**556 Tomahawk Ct**<br>**Palm Beach Gardens, FL 33410** | | | **33.54%** |
| **Jai  Parekh**<br>**3 Neil Court**<br>**Towaco, NJ 07082** | | | **1.4%** |
| **James Annarella Jr**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Jay Smith**<br>**36 Audobon Rd**<br>**Wellesley Hills, MA 02481** | | | **0.31%** |
| **Jerry Brager**<br>**556 Tomahawk Ct**<br>**Palm Beach Gardens, FL 33410** | | | **14.2%** |
| **Joan Annarella**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **John Lloyd**<br>**11 Mohawk Ave**<br>**Oceanport, NJ 07757** | | | **0.25%** |
| **Knopf Family**<br>**c/o Marshall Knopf**<br>**11 Blossom Cove Rd**<br>**Red Bank, NJ 07701** | | | **2.19** |
| **Kristin Ciccone**<br>**55 Roosevelt Cir W**<br>**Red Bank, NJ 07701** | | | **0.01%** |
| **Mark Timle**<br>**11 Laurelford Ct**<br>**Cockeysville, MD 21030** | | | **0.16%** |
| **Michelle Annarella**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **Millennium Trust**<br>**169 E River Road**<br>**Red Bank, NJ 07701** | | | **0.22%** |

List of equity security holders consists of 5 total page(s)

In re:   **1-800-Doctors, Inc.**  _____   Case No.  _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Myron Holubiak**<br>**1544 Edly Cove Court**<br>**North Brunswick, NJ 08902** | | | **2.74** |
| **Peter Cossman**<br>**48 Tingley Road**<br>**Brookside, NJ 07926** | | | **15.91%** |
| **Steven Silverstein**<br>**4240 Blue Ridge Blvd, Suite 1000**<br>**Kansas City, MO 64133** | | | **0.16%** |
| **Susan Feigenbaum and Jay S Pepose**<br>**1125 Templeton Place**<br>**Chesterfield, MO 63017** | | | **0.11%** |
| **The Estate of Marjorie Hoff Sheppard**<br>**c/o John Sheppard**<br>**3274 Butlers Bluff Drive**<br>**Cape Charles, VA 23310** | | | **0.16%** |
| **Thomas Chirillo**<br>**11018 Laurel Hill Drive**<br>**Orland Park, IL 60467** | | | **0.08%** |
| **Timothy Sawyer**<br>**31 Emerson Road**<br>**Larchmont, NY 10538** | | | **0.16%** |
| **Trudi Jensen**<br>**3850 Shearwater Dr**<br>**Jupiter, FL 33477** | | | **0.07%** |
| **Valerie Burke**<br>**183 Three Bridges Rd**<br>**Freehold, NJ 07728** | | | **0.08%** |
| **William M Kelley Special Trust**<br>**1305 Tekulve Rd**<br>**Batesville, IN 47006** | | | **0.04%** |
| **William Schmermund**<br>**104 Broad Way**<br>**Ponte Vedra Beach, FL 32082** | | | **0.16%** |

List of equity security holders consists of 5 total page(s)

In re:   **1-800-Doctors, Inc.**                                              Case No.   _____

                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 19, 2026**                              Signature   **/s/ Jerry Brager**

                                                        **Jerry Brager**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 5 total page(s)

# United States Bankruptcy Court
## Southern District of Florida

In re   **1-800-Doctors, Inc.**                                                              Case No. _____

                                                    Debtor(s)         Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June 19, 2026** _____              **/s/ Jerry Brager** _____

                                                        **Jerry Brager**/**President**
                                                        Signer/Title

A Brager
556 Tomahawk Ct
Palm Beach Gardens, FL 33410


American Express
PO Box 6031
Carol Stream, IL 60197-6031


Andrew Tunick
c/o Phillips Nizer LLP
425 East 58th St, Apt 32B
New York, NY 10022


B James Greenfield Qualified Terminal Pr
c/o James Greenfield
6420 Autumn Sky Way
Columbia, MD 21044


Beneficiary of Carol Monti
c/o Frank Monti
135 E View Ave
Cranston, RI 02920


Betty June Runft Survivors Trust
c/o John Runft
10172 Boulder Pass
Davisburg, MI 48350


Boyd Consulting, LLC
2503 Springpark Way
Richardson, TX 75082


Brian Erler & justine Tartaglia Erler
24 Colonial Court
Freehold, NJ 07728


Charles Rizzo
2807 Concord Drive
Belmar, NJ 07719


Charles Seergy, Jr
23 Shinnecock Trail
Franklin Lakes, NJ 07417

Cossman Law
48 Tinley Road
Brookside, NJ 07926


Crescent Tchnology, LLC
1692 Glendola Rd
Belmar, NJ 07719


D Snelson
25 Green Trail Ct
Bluffton, SC 29910


David Baker
25056 Shortly Road
Georgetown, DE 19947


David Salsido
240 Brooklake Rd
Florham Park, NJ 07932


Dianna Walde
1463 W Bellrive Lane
Coeur D Alene, ID 83814


Donald & Joan White
c/o Koreen Santos Trustee
43 Tower Drive
New Bedford, MA 02740


Donna Weber
3440 Golding Green Dr
Farmers Branch, TX 75234


Doug Tanner
5569 Oslo Lane
Park City, UT 84098


Dr J Parekh
1031 McBride Ave
Woodland Park, NJ 07424

Drinker Biddle Reath
1500 K St NW
Washington, DC 20005


Eduardo & Brenda Trujillo
771 Van Schoick Road
Holmdel, NJ 07733


Edward & Renne Robertson
715 Swifts Hwy
Jefferson City, MO 65109


Frank Family
109 E 91st St
New York, NY 10019


Frank Monti
135 East View Ave
Cranston, RI 02920


Glastein Capital Investors, LLC
84 West River Rd
Rumson, NJ 07760


Grant Family
6800 W 115th St
Leawood, KS 66211


H William Mulaney
63 Shipyard Drive
Villa 1806
Hilton Head Island, SC 29928


Hackensack Meridian Health
343 Thornhall St, 8th FL
Edison, NJ 08837


Henry & Jean Hilleary
215 Waltham Farm Lane
Centreville, MD 21617

Hofmeister Law
3131 Princeton Pike, Ste 110
Princeton, NJ 08648


IHES, Inc
101 Hampstead Ln
Franklin, TN 37069


Ira Adward & Sylvia Marquette
Kutak Rock LLP
Two Pershing Sq
2300 Main St, Suite 800
Kansas City, MO 64108


J Andrew Bowe
108 West River Rd
Rumson, NJ 07760


J Smith
71 Mira Vista
Leander, TX 78641


Jai & Swati Parekh
3 Neil Court
Towaco, NJ 07082


Jerry Brager
556 Tomahawk Ct
Palm Beach Gardens, FL 33410


John Lloyd
11 Mohawk Ave
Oceanport, NJ 07757


John Pugliese
219 Navajo Court
Morganville, NJ 07751


Joseph C Roselle CGM IRA Rollover
c/o Mark D Barry
1435 Morris Ave
Union, NJ 07083-3336

JRS Consulting, LLC
51 Alamo Ave
Berkeley, CA 94708


Kevin Smith
320 Pleasant Valley Road
Mendham, NJ 07945


Lewis & Donna Gould
30 S 17th St
Philadelphia, PA 19103


Lloyd Chesney
1158 S Town & River Rd
Fort Myers, FL 33919


M Knudsen
79 Lee Ave
Hopelawn, NJ 08861


Mario Monello
10 Lorraine Ave
Spring Lake, NJ 07762


Marshall Knopf Life Insurance Trust
93 Shrewsbury Ave
Red Bank, NJ 07701


McPherson Group, Inc.
1455 Pennsylvania Ave NW, St 400
Washington, DC 20004


Meridian Health Management, Inc.
343 Thornall Street, 8th FL
Edison, NJ 08837


Michael Ellis
Orange Coast Pneumatics
3810 Prospect Ave
Yorba Linda, CA 92886

MM/JF LLC 2016
10 Lorraine Ave
Spring Lake, NJ 07762


Paul Sansone Sr
21 Bellevue Ave
Rumson, NJ 07760


Peter Cossman
48 Tingley Road
Brookside, NJ 07926


Peter T Roselle
800 East Grand St
Elizabeth, NJ 07201


Philip& Marilyn Perricone
PO Box 1251
Belmar, NJ 07719


Professional Orthopaedic Investment, LLC
776 Shrewbury Ave, Ste 201
Eatontown, NJ 07724


Robert R Strodel Living Trust
7848 Sunset Ave
Fair Oaks, CA 95628


Ross Anglim Angelini Accounting
775 Mountain Blvd
Watchung, NJ 07069


Samuel and Barbara Laufer
99 Grange Ave
Fair Haven, NJ 07704


Sawtooth Advertising, Inc
200 Monmouth St
Red Bank, NJ 07701


Selvaggi Abromaitis & Cohen
1001 Rt 517
Hackettstown, NJ 07840

Sevi & Marianne Avigdor
6 Sycamore Ave
Rumson, NJ 07760


Stephen Baker
3508 Belmar Blvd
Neptune, NJ 07753


Stephen C Stedman
7235 N Hearthstonegreen Dr
Houston, TX 77095


T Sawyer
31 Emerson Rd
Larchmont, NY 10538


Thomas Grant
6800 W 115th St
Overland Park, KS 66211


Trust for Benefit of Catherine Knopf
c/o Woody Knopf
83 Shewsbury Ave
Red Bank, NJ 07701


Trust for Benefit of Elizabeth Knopf
c/o Woody Knopf
93 Shrewsbury Ave
Red Bank, NJ 07701


Trust for Benefit of James Knopf
c/o Wood Knopf
93 Shresbury Ave
Red Bank, NJ 07701


W Milharm
84 E Milan Blvd
Farmingdale, NJ 07727


William & Doris Willis
c/o Sarah Snowden
6404 21st Ave West, #H300
Bradenton, FL 34209